THE PEOPLE OF THE STATE OF NEW YORK, Respondent.
*v.* HOWARD BAKER, Appellant.

*Crimes — murder — conviction affirmed.*

(Argued October 7, 1920; decided October 22, 1920.)

APPEAL from a judgment of the Supreme Court, rendered December 15, 1919, at a Trial Term for the county of Wayne upon a verdict convicting defendant of the crime of murder in the first degree.

*Elmer M. Shaffer* for appellant.

*Wilford T. Purchase, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.